

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00080-CV

Nelson **WOLFF**, County Judge of Bexar County, Texas; Bexar County Commissioners, Paul Elizondo, Tommy Adkisson, Sergio "Chico" Rodriguez, and Kevin Wolff; and Bexar County, Texas,
Appellants

v.

**DEPUTY CONSTABLES ASSOCIATION OF BEXAR COUNTY,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-15660
The Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we REVERSE the trial court's judgment and RENDER judgment in favor of appellants Nelson Wolff, County Judge of Bexar County, Texas, Bexar County Commissioners, Paul Elizondo, Tommy Adkisson, Sergio "Chico" Rodriguez, and Kevin Wolff, and Bexar County, Texas, dismissing the suit brought by appellee Deputy Constables Association of Bexar County.

It is ORDERED that appellants Nelson Wolff, County Judge of Bexar County, Texas; Bexar County Commissioners, Paul Elizondo, Tommy Adkisson, Sergio "Chico" Rodriguez, and Kevin Wolff; and Bexar County, Texas recover their costs of this appeal from appellees Deputy Constables Association of Bexar County.

SIGNED July 17, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice